**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Michael Thomas

                    Plaintiff,

v.                                           Case No.: 1:15−cv−07187
                                                Honorable Rebecca R. Pallmeyer

Aline Martija, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 7, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 12/7/2021. The parties reached a binding settlement agreement and are to promptly draft and execute the settlement documents. The Court thanks Settlement Assistance Counsel, Justin Kay and Leslie Wallace, for their diligent efforts on behalf of Mr. Thomas. All matters relating to the referral have been completed so the referral is closed. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.