**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Michael Thomas

                Plaintiff,

v.                                        Case No.: 1:15−cv−07187
                                               Honorable Rebecca R. Pallmeyer

Aline Martija, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 6, 2022:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephonic status hearing held on 1/6/2022. The parties reported that the case has settled and they are in process of distributing the settlement funds. By agreement of the parties, this case is dismissed without prejudice with leave to reinstate on or before 2/08/2022. If a motion to reinstate is not filed on or before 2/08/2022 the dismissal will automatically convert to with prejudice without further order of court. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.